IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTROPOWER LIQUIDATING TRUST, f/k/a ASTROPOWER, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>KPMG, LLP,<br><br>      Defendant. | Civil Action No. 06-469 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ross H. Parker of Munsch Hardt Kopf & Harr, P.C. to represent the AstroPower Liquidating Trust in this matter.

Dated: August 17, 2006

                              Daniel B. Rath (No. 3022)
                              LANDIS RATH & COBB LLP
                              919 N. Market Street, Suite 600
                              Wilmington, Delaware 19801
                              Telephone: (302) 467-4400
                              Facsimile: (302) 467-4450

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: August 11, 2006

                              Ross H. Parker, Esquire
                              MUNSCH HARDT KOPF & HARR, P.C.
                              3800 Lincoln Plaza
                              500 N. Akard Street
                              Dallas, Texas 75201
                              Telephone: (214) 855-7500
                              Facsimile: (214) 855-7584

485.001-13406.DOC

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

Dated: _____     _____
                                 United States District Judge

485.001-13406.DOC