# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTROPOWER LIQUIDATING TRUST, f/k/a ASTROPOWER, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>KPMG LLP,<br><br>　　　　　　Defendant. | Civil Action No. 06-469 (JJF) |

### DEFENDANT KPMG LLP'S MOTION TO DISMISS

Defendant KPMG LLP ("KPMG") moves to dismiss this action under Federal Rule of Civil Procedure 12(b)(6) due to failure to state a claim upon which relief can be granted.

The grounds for this motion are fully set forth in KPMG's opening brief filed herewith.

　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP


　　　　　　　　　　　/s/ Maribeth L. Minella
　　　　　　　　　　　John T. Dorsey (No. 2988)
　　　　　　　　　　　Maribeth L. Minella (No. 4185)
　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　　Wilmington, Delaware  19801
　　　　　　　　　　　Telephone:  (302) 571-6600
　　　　　　　　　　　Facsimile:  (302) 571-1253

　　　　　　　　　　　　　　- and -

Joseph Warganz　　　　　　　SIDLEY AUSTIN LLP
Associate General Counsel　　Michael D. Warden
KPMG LLP　　　　　　　　　David S. Petron
757 Third Avenue　　　　　　1501 K Street, N.W.
New York, NY  10017　　　　Washington, D.C. 20005
　　　　　　　　　　　　　Telephone:  (202) 736-8000
　　　　　　　　　　　　　Facsimile:  (202) 736-8711

Dated:  December 12, 2006

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASTROPOWER LIQUIDATING TRUST, f/k/a
ASTROPOWER, INC.,

        Plaintiff,

        vs.                       Civil Action No. 06-469 (JJF)

KPMG LLP,

        Defendant.

## <u>ORDER</u>

The Court having considered Defendant KPMG LLP's Motion to Dismiss, and the parties' arguments in support and opposition thereof,

IT IS HEREBY ORDERED this _____ day of _____, 2007, that the Motion to Dismiss is GRANTED.

 

 

_____
Joseph James Farnan Jr.
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Maribeth L. Minella, Esquire, hereby certify that on this 12th day of December 2006, I caused a true and correct copy of Defendant KPMG LLP's Motion to Dismiss to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Daniel Bartley Rath (rath@lrclaw.com)
Maribeth Leslie Minella (bank@ycst.com)
Kerri King Mumford (mumford@lrclaw.com)
Ross H. Parker (rparker@munsch.com)
Phil C. Appenzeller, Jr (pappenzeller@munsch.com)

I further certify that I have served the parties listed on the service list below in the manner indicated.

/s/ Maribeth L. Minella
Maribeth L. Minella

Jr. Phil C. Appenzeller, Esq
Ross H. Parker, Esq.
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard, Suite 3800
Dallas, TX 75201
(Astropower Liquidating Trust)
***First Class Mail***

Daniel B. Rath, Esq
Kerri K. Mumford, Esq.
James S. Green, Jr., Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
(Atropower Liquidating Trust)
***Hand Delivery***

Michael D. Warden, Esq
David S. Petron, Esq.
Sidley Austin LLP
1501 K. Street, N.W.
Washington, D.C. 20005
(KPMG, LLP)
***First Class Mail***

Joseph Warganz
Associate General Counsel
KPMG LLP
757 Third Avenue
New York, NY 10017
***First Class Mail***