UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ASTROPOWER LIQUIDATING TRUST,  §
f/k/a ASTROPOWER, INC.,  §
　　　　　　　　　　　　　　　§
　　　　Plaintiff,  §
　　　　　　　　　　　　　　　§　　Civil Action No. 06-469 (JJF)
v.  §
　　　　　　　　　　　　　　　§
KPMG, LLP,  §
　　　　　　　　　　　　　　　§
　　　　Defendant.  

**JOINT MOTION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND
TO DEFENDANT KPMG LLP'S MOTION TO DISMISS AND FOR DEFENDANT TO
REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff AstroPower Liquidating Trust, f/k/a AstroPower, Inc. ("Plaintiff") and Defendant KPMG LLP ("Defendant") move the Court to enlarge the time for Plaintiff to respond to Defendant KPMG LLP's Motion to Dismiss (Defendant's "Motion to Dismiss") and for Defendant to reply to Plaintiff's Response to Defendant's Motion to Dismiss.

**I.**
**REQUESTED RELIEF**

Plaintiff filed its Complaint on July 31, 2006. Plaintiff filed its Amended Complaint and Jury Demand on October 10, 2006. Thereafter, the Plaintiff agreed to give Defendant until December 12, 2006 to file its responsive pleading. On December 12, 2006, Defendant filed its Motion to Dismiss. Under the applicable local rules and by this Court's Order, Plaintiff's Response to Defendant's Motion to Dismiss was due January 2, 2007, however, on Plaintiff's motion, the Court extended the deadline for Plaintiff to respond to Defendant's Motion to Dismiss to February 9, 2007.

Plaintiff and Defendant (the "Parities") hereby request that the Court extend the deadline for Plaintiff to respond to Defendant's Motion to Dismiss one additional week to February 16, 2007. The Parties further request that the Court extend the deadline for Defendant to reply to Plaintiff's Response to Defendant's Motion to Dismiss until March 13, 2007. These extensions are not sought for purposes of delay or to prejudice any party, but rather so that justice may be done.

## II.
### CONCLUSION

For the foregoing reason, the Parties request that the Court extend the deadline for Plaintiff to file its Response to Defendant KPMG LLP's Motion to Dismiss from February 9, 2007 until February 16, 2007. The Parties further request that the Court extend the deadline for Defendant to reply to Plaintiff's Response to Defendant's Motion to Dismiss until March 13, 2007.

Respectfully submitted,


/s/ Kerri K. Mumford
Landis Rath & Cobb LLP
Daniel B. Rath (No. 3022)
Kerri K. Mumford (No. 4186)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
(302) 467-4400 (telephone)
(302) 467-4450 (facsimile)

- and –

Munsch Hardt Kopf & Harr, P.C.
Phil C. Appenzeller, Jr. (Tex. Bar No. 24003710)
Ross H. Parker (Tex. Bar No. 24007804)
David Mizgala (Tex. Bar No. 24031594)
500 N. Akard Street, Suite 3800
Dallas, TX 75201
(214) 855-7500 (telephone)
(214) 855-7584 (facsimile)

COUNSEL TO THE ASTROPOWER
LIQUIDATING TRUST


- AND -

/s/ John T. Dorsey
Young Conaway Stargatt & Taylor, LLP
John T. Dorsey (No. 2988)
Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600 (telephone)
(302) 571-1253 (facsimile)


- and –

Sidley Austin LLP
Michael D. Warden
David S. Petron
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000 (telephone)
(202) 736-8711 (facsimile)

- and –

Joseph Warganz
Associate General Counsel
KPMG LLP
757 Third Avenue
New York, NY 10017

COUNSEL TO KPMG LLP

## CERTIFICATE OF CONFERENCE

I, David Mizgala hereby certify that on this 6th day of February 2007, I conferred with Michael D. Warden, counsel for Defendant KPMG, LLP, who stated that he was agreeable to extending the deadline for Plaintiff to file its Response to Defendant KPMG LLP's Motion to Dismiss from February 9, 2007 until February 16, 2007.  I further certify that I advised Mr. Warden that Plaintiff was agreeable to extending the deadline for Defendant to Reply to Plaintiff's Response to Defendant's Motion to Dismiss until March 13, 2007.

/s/ David Mizgala
David Mizgala

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTROPOWER LIQUIDATING TRUST, | § | |
| f/k/a ASTROPOWER, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 06-469 (JJF) |
| v. | § | |
| | § | |
| KPMG, LLP, | § | |
| | § | |
| Defendant. | | |

## ORDER

The Court, having considered the Joint Motion to Enlarge Time for Plaintiff to Respond to Defendant KPMG LLP's Motion to Dismiss and for Defendant to Reply to Plaintiff's Response to Defendant's Motion to Dismiss, finds that the Motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED this ___ day of _____ 2007 that the deadline for Plaintiff to respond to Defendant's Motion to Dismiss is extended from February 9, 2007 until February 16, 2007.

IT IS FURTHER ORDER that the deadline for Defendant to reply to Plaintiff's Response to Defendant's Motion to Dismiss is extended until March 13, 2007.


_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

485.001-15419.DOC

**AGREED TO BY:**

/s/ Kerri K. Mumford
Landis Rath & Cobb LLP
Daniel B. Rath (No. 3022)
Kerri K. Mumford (No. 4186)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
(302) 467-4400 (telephone)
(302) 467-4450 (facsimile)

- and –

Munsch Hardt Kopf & Harr, P.C.
Phil C. Appenzeller, Jr. (Tex. Bar No. 24003710)
Ross H. Parker (Tex. Bar No. 24007804)
David Mizgala (Tex. Bar No. 24031594)
500 N. Akard Street, Suite 3800
Dallas, Texas  75201
(214) 855-7500 (telephone)
(214) 855-7584 (facsimile)

COUNSEL TO ASTROPOWER
LIQUIDATING TRUST

- AND -

/s/ John T. Dorsey
Young Conaway Stargatt & Taylor, LLP
John T. Dorsey (No. 2988)
Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600 (telephone)
(302) 571-1253 (facsimile)

- and –

Sidley Austin LLP
Michael D. Warden
David S. Petron
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000 (telephone)
(202) 736-8711 (facsimile)

- and –

Joseph Warganz
Associate General Counsel
KPMG LLP
757 Third Avenue
New York, NY 10017

COUNSEL TO KPMG LLP

## CERTIFICATE OF SERVICE

I, Kerri K. Mumford, hereby certify that on this 6th day of February 2007, I caused a true and correct copy of the Parties' *Joint Motion to Enlarge Time for Plaintiff to Respond to Defendant KPMG LLP's Motion to Dismiss and for Defendant to Reply to Plaintiff's Response to Defendant's Motion to Dismiss* to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Daniel Bartley Rath (rath@lrclaw.com)
> Maribeth Leslie Minella (bank@vcst.com)
> Kerri King Mumford (mumford@lrclaw.com)
> Phil C. Appenzeller, Jr. (pappenzeller@munsch.com)
> Ross H. Parker (rparker@munsch.com)
> David Mizgala (dmizgala@munshc.com)

I further certify that I have served the parties listed on the service list below in the manner indicated:

Michael D. Warden, Esq.
David S. Petron, Esq.
Sidley Austin LLP
1501 K. Street, N.W.
Washington, DC 20005
***First Class Mail***

John T. Dorsey, Esq.
Maribeth L. Minella, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
***Hand Delivery***

Joseph Warganz, Esq.
Associate General Counsel
KPMG LLP
757 Third Avenue
New York, NY 10017
***First Class Mail***

/s/ Kerri K. Mumford
Kerri K. Mumford (No. 4186)