UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ASTROPOWER LIQUIDATING TRUST, <br> f/k/a ASTROPOWER, INC., <br><br> Plaintiff, <br><br> v. <br><br> KPMG, LLP, <br><br> Defendant. | § <br> § <br> § <br> § <br> §     Civil Action No. 06-469 (JJF) <br> § <br> § <br> § <br> § <br> § |

## ORDER

The Court, having considered the Joint Motion to Enlarge Time for Plaintiff to Respond to Defendant KPMG LLP's Motion to Dismiss and for Defendant to Reply to Plaintiff's Response to Defendant's Motion to Dismiss, finds that the Motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED this 8 day of February 2007 that the deadline for Plaintiff to respond to Defendant's Motion to Dismiss is extended from February 9, 2007 until February 16, 2007.

IT IS FURTHER ORDER that the deadline for Defendant to reply to Plaintiff's Response to Defendant's Motion to Dismiss is extended until March 13, 2007.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

485.001-15419.DOC