**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

ASTROPOWER LIQUIDATING TRUST, f/k/a
ASTROPOWER, INC.,

        Plaintiff,

        vs.

KPMG LLP,

        Defendant.

Civil Action No. 06-469 (JJF)

**DEFENDANT KPMG LLP'S REQUEST FOR ORAL**
**ARGUMENT PURSUANT TO D. DEL L.R. 7.1.4**

        Pursuant to D. Del. LR 7.1.4, Defendant KPMG LLP hereby requests oral argument on Defendant KPMG LLP's Motion to Dismiss [D.I. 9]. Briefing on Defendant's Motion to Dismiss is complete. A list of all relevant pleadings, with related docket numbers, follows:

1.      Defendant KPMG LLP's Motion to Dismiss [D.I. 9];
2.      Defendant KPMG LLP's Opening Brief In Support of Motion to Dismiss [D.I. 10];
3.      C. Hertrich Declaration in Support of KPMG Motion to Dismiss [D.I. 11];
4.      D. Petron Declaration in Support of KPMG Motion to Dismiss [D.I. 12];
5.      Appendix to Defendant KPMG LLP's Motion to Dismiss [D.I. 13];
6.      Plaintiff's Response in Opposition to Defendant's Motion to Dismiss [D.I. 17];
7.      Compendium of Unreported Decisions to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss [D.I. 18];
8.      Reply Brief in Support of Defendant KPMG LLP's Motion to Dismiss [D.I. 19].

Dated:  March 15, 2007                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                          John T. Dorsey (No. 2988)
                                          Maribeth L. Minella (No. 4185)
                                          The Brandywine Building
                                          1000 West Street, 17th Floor
                                          Wilmington, Delaware  19801
                                          Telephone:  (302) 571-6600
                                          Facsimile:  (302) 571-1253

                                                     - and -

Joseph Warganz                            SIDLEY AUSTIN LLP
Associate General Counsel                 Michael D. Warden
KPMG LLP                                  David S. Petron
757 Third Avenue                          1501 K Street, N.W.
New York, NY  10017                       Washington, D.C. 20005
                                          Telephone:  (202) 736-8000
                                          Facsimile:  (202) 736-8711

## CERTIFICATE OF SERVICE

I, Maribeth L. Minella, Esquire, hereby certify that on this 15th day of March 2007, I caused a true and correct copy of the Request for Oral Argument to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Daniel Bartley Rath (rath@lrclaw.com)
Maribeth Leslie Minella (bank@ycst.com)
Kerri King Mumford (mumford@lrclaw.com)
Ross H. Parker (rparker@munsch.com)
Phil C. Appenzeller, Jr. (pappenzeller@munsch.com)

I further certify that I have served the parties listed on the service list below in the manner indicated.

/s/ Maribeth L. Minella
Maribeth L. Minella

| | |
|---|---|
| Phil C. Appenzeller, Jr., Esq<br>Ross H. Parker, Esq.<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard, Suite 3800<br>Dallas, TX 75201<br>(Astropower Liquidating Trust)<br>*First Class Mail* | Daniel B. Rath, Esq<br>Kerri K. Mumford, Esq.<br>James S. Green, Jr., Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>P.O. Box 2087<br>Wilmington, DE 19899<br>(Atropower Liquidating Trust)<br>*Hand Delivery* |

Michael D. Warden, Esq
David S. Petron, Esq.
Sidley Austin LLP
1501 K. Street, N.W.
Washington, D.C. 20005
(KPMG, LLP)
*First Class Mail*