```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

ASTROPOWER LIQUIDATING TRUST,   :
f/k/a ASTROPOWER, INC.,         :
                                :
            Plaintiff,          :
                                :
     v.                         :  Civil Action No. 06-469-JJF
                                :
KPMG LLP,                       :
                                :
            Defendant.          :
                                :

## O R D E R

At Wilmington, this 25 day of May 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant KPMG LLP's Motion To Dismiss (D.I. **9** ) is **DENIED**.

May 25, 2007                         /s/ Joseph J. Farnan
    DATE                         UNITED STATES DISTRICT JUDGE