## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASTROPOWER LIQUIDATING TRUST, f/k/a
ASTROPOWER, INC.,

                Plaintiff,

                vs.                          Civil Action No. 06-469 (JJF)

KPMG LLP,

                Defendant.

## NOTICE OF SERVICE REGARDING WITNESS LIST OF DEFENDANT KPMG LLP

PLEASE TAKE NOTICE that on the 28th day of September 2007, Defendant KPMG

LLP ("KPMG") served the Witness List of Defendant KPMG LLP pursuant to the Court's Rule 16

Scheduling Order [Docket No. 26] on the following parties, as indicated.

| | |
|---|---|
| Jr. Phil C. Appenzeller, Esq<br>Ross H. Parker, Esq.<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard, Suite 3800<br>Dallas, TX 75201<br>(Astropower Liquidating Trust)<br>***First Class Mail and Email*** | Daniel B. Rath, Esq<br>Kerri K. Mumford, Esq.<br>James S. Green, Jr., Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>P.O. Box 2087<br>Wilmington, DE 19899<br>(Atropower Liquidating Trust)<br>***Hand Delivery and Email*** |

Dated:  September 28, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

John T. Dorsey (No. 2988)
Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

- and -

Joseph Warganz
Associate General Counsel
KPMG LLP
757 Third Avenue
New York, NY  10017

SIDLEY AUSTIN LLP
Michael D. Warden
David S. Petron
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711

## CERTIFICATE OF SERVICE

I, John T. Dorsey, Esquire, hereby certify that on this 28th day of September 2007, I caused a true and correct copy of the **NOTICE OF SERVICE REGARDING WITNESS LIST OF DEFENDANT KPMG LLP** to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Daniel Bartley Rath (rath@lrclaw.com)
Maribeth Leslie Minella (bank@ycst.com)
Kerri King Mumford (mumford@lrclaw.com)
Ross H. Parker (rparker@munsch.com)
Phil C. Appenzeller, Jr (pappenzeller@munsch.com)

I further certify that I have served the parties listed on the service list below in the manner indicated.

John T. Dorsey

Jr. Phil C. Appenzeller, Esq
Ross H. Parker, Esq.
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard, Suite 3800
Dallas, TX 75201
(Astropower Liquidating Trust)
*First Class Mail*

Daniel B. Rath, Esq
Kerri K. Mumford, Esq.
James S. Green, Jr., Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
(Atropower Liquidating Trust)
*Hand Delivery*

Michael D. Warden, Esq
David S. Petron, Esq.
Sidley Austin LLP
1501 K. Street, N.W.
Washington, D.C. 20005
(KPMG, LLP)
*First Class Mail*