IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTROPOWER LIQUIDATING TRUST, f/k/a ASTROPOWER, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 06-469 (JJF) |
| KPMG LLP, | § § § | |
| Defendant. | § | |

**NOTICE OF SERVICE REGARDING ASTROPOWER LIQUIDATING TRUST'S
LIST OF WITNESSES WITH KNOWLEDGE**

PLEASE TAKE NOTICE that on the 28th day of September 2007, Plaintiff AstroPower Liquidating Trust ("AstroPower) served AstroPower's List of Witnesses with Knowledge pursuant to the Court's Rule 16 Scheduling Order [Docket No. 26] on the following parties in the manner indicated:

VIA HAND-DELIVERY & E-MAIL

John T. Dorsey, Esquire
Maribeth L. Minella, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
E-mail: jdorsey@ycst.com
        mminella@ycst.com

VIA FIRST CLASS MAIL & E-MAIL

Michael D. Warden, Esquire
David S. Petron, Esquire
Sidley Austin LLP
1501 K. Street, N.W.
Washington, D.C. 20005
E-mail: mwarden@sidley.com
        dpetron@sidley.com

485.001-18089.DOC

**LANDIS RATH & COBB LLP**

*/s/ Daniel B. Rath*

Daniel B. Rath (No. 3022)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail:   rath@lrclaw.com
          green@lrclaw.com

- and -

**MUNSCH HARDT KOPF & HARR, P.C.**
Phil C. Appenzeller, Jr. (Tex. Bar. #24003710)
Ross H. Parker (Tex. Bar #24007804)
David Mizgala (Tex. Bar #24031594)
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

Counsel for AstroPower Liquidating Trust

485.001-18089.DOC