IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTROPOWER LIQUIDATING TRUST, f/k/a ASTROPOWER, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KPMG, LLP,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§　Civil Action No. 06-469 (JJF)<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF SERVICE

I, James S. Green, Jr., attorney for the AstroPower Liquidating Trust in the above-captioned proceeding, hereby certify that on the 17th day of December 2007, I caused a copy of Plaintiff's First Request for Production to be served upon the following in the manner indicated:

*Via Email & First Class Mail*
Michael D. Warden, Esquire
David S. Petron, Esquire
Sidley Austin LLP
1501 K. Street, N.W.
Washington, DC 20005
Email: mwarden@sidley.com
　　　　dpetron@sidley.com

*Via Email & Hand Delivery*
John T. Dorsey, Esquire
Maribeth L. Minella, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Email: jdorsey@ycst.com
　　　　bank@ycst.com

Dated: December 17, 2007

LANDIS RATH & COBB LLP

/s/ signature
Daniel B. Rath (No. 3022)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: rath@lrclaw.com
　　　　green@lrclaw.com

- and –

        MUNSCH HARDT KOPF & HARR, P.C.
        Phil C. Appenzeller, Jr. (Tex. Bar No. 24003710)
        Ross H. Parker (Tex. Bar No. 24007804)
        David Mizgala (Tex. Bar No. 24031594)
        500 N. Akard Street, Suite 3800
        Dallas, Texas 75201
        Telephone: (214) 855-7500
        Facsimile: (214) 855-7584

        *Counsel to the AstroPower Liquidating Trust*