IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTROPOWER LIQUIDATING TRUST, f/k/a ASTROPOWER, INC., | § § § § | |
| Plaintiff, | § § | Civil Action No. 06-469 (JJF) |
| v. | § § | |
| KPMG, LLP, | § § § | |
| Defendant. | § | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that Plaintiff AstroPower Liquidating Trust f/k/a AstroPower, Inc. ("Plaintiff") caused to be served Plaintiff AstroPower Liquidating Trust's Responses and Objections to Defendant KPMG LLP's First Set of Document Requests as indicated:

*Via Email on March 21, 2008*
*& First Class Mail on March 24, 2008*
Michael D. Warden, Esquire
David S. Petron, Esquire
Sidley Austin LLP
1501 K. Street, N.W.
Washington, DC 20005
Email: mwarden@sidley.com
　　　　dpetron@sidley.com

*Via Email on March 21, 2008*
*& Hand Delivery on March 24, 2008*
John T. Dorsey, Esquire
Maribeth L. Minella, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Email: jdorsey@ycst.com
　　　　mminella@ycst.com

Dated: March 24, 2008

LANDIS RATH & COBB LLP

/s/ Daniel B. Rath

Daniel B. Rath (No. 3022)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: rath@lrclaw.com
　　　　green@lrclaw.com

- and –

485.001-19722.DOC

MUNSCH HARDT KOPF & HARR, P.C.
Phil C. Appenzeller, Jr. (Tex. Bar No. 24003710)
Ross H. Parker (Tex. Bar No. 24007804)
David Mizgala (Tex. Bar No. 24031594)
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: pappenzeller@munsch.com
          rparker@munsch.com
          dmizgala@munsch.com

*Counsel to the AstroPower Liquidating Trust*