UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTROPOWER LIQUIDATING TRUST, f/k/a ASTROPOWER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KPMG LLP, <br><br> Defendant. | Civil Action No. 06-469 (JJF) |

NOTICE OF SERVICE REGARDING
<u>SUPPLEMENTAL WITNESS LIST OF DEFENDANT KPMG LLP</u>

PLEASE TAKE NOTICE that on the 9th day of April 2008, Defendant KPMG LLP ("KPMG") served the **Supplemental Witness List of Defendant KPMG LLP** on the following parties, as indicated.

| | |
|---|---|
| Jr. Phil C. Appenzeller, Esq <br> Ross H. Parker, Esq. <br> David Mizgala, Esq. <br> Munsch Hardt Kopf & Harr, P.C. <br> 500 N. Akard, Suite 3800 <br> Dallas, TX 75201 <br> (Astropower Liquidating Trust) <br> ***First Class Mail and Email*** | Daniel B. Rath, Esq <br> Kerri K. Mumford, Esq. <br> James S. Green, Jr., Esq. <br> Landis Rath & Cobb LLP <br> 919 Market Street, Suite 600 <br> P.O. Box 2087 <br> Wilmington, DE 19899 <br> (Atropower Liquidating Trust) <br> ***Hand Delivery and Email*** |

Dated: April 9, 2008                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/* John T. Dorsey_____
John T. Dorsey (No. 2988)
Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

Joseph Warganz                                          SIDLEY AUSTIN LLP
Associate General Counsel                               Michael D. Warden
KPMG LLP                                                David S. Petron
757 Third Avenue                                        1501 K Street, N.W.
New York, NY 10017                                      Washington, D.C. 20005
                                                        Telephone: (202) 736-8000
                                                        Facsimile: (202) 736-8711

## CERTIFICATE OF SERVICE

I, John T. Dorsey, Esquire, hereby certify that on this 9th day of April, I caused a true and correct copy of the attached **Notice of Service Regarding Supplemental Witness List of Defendant KPMG LLP** to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Phil C. Appenzeller , Jr | (pappenzeller@munsch.com) |
| John Thaddeus Dorsey | (jdorsey@ycst.com) |
| Maribeth Leslie Minella | (mminella@ycst.com) |
| David Mizgala | (dmizgala@munsch.com) |
| Kerri King Mumford | (mumford@lrclaw.com) |
| Ross H. Parker | (rparker@munsch.com) |
| David S. Petron | (dpetron@sidley.com) |
| Daniel Bartley Rath | (rath@lrclaw.com) |
| Michael A. Warden | (mwarden@sidley.com) |

I further certify that I have served the parties listed on the service list below in the manner indicated.

*/s/* John T. Dorsey _____
John T. Dorsey

Jr. Phil C. Appenzeller, Esq
Ross H. Parker, Esq.
David Mizgala, Esq.
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard, Suite 3800
Dallas, TX 75201
(Astropower Liquidating Trust)
***First Class Mail***

Daniel B. Rath, Esq
Kerri K. Mumford, Esq.
James S. Green, Jr., Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
(Atropower Liquidating Trust)
***Hand Delivery***

Michael D. Warden, Esq
David S. Petron, Esq.
Sidley Austin LLP
1501 K. Street, N.W.
Washington, D.C. 20005
(KPMG, LLP)
***First Class Mail***