IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTROPOWER LIQUIDATING TRUST, f/k/a ASTROPOWER, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 06-469 (JJF) |
| KPMG LLP, | § § § | |
| Defendant. | § | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 1st day of July, 2008 a true and correct copy of *Plaintiff's First Set of Interrogatories to Defendant KPMG, LLP* was caused to be served upon the following counsel of record in the manner indicated:

*Via First Class Mail & Electronic Mail*

Michael D. Warden, Esquire
David S. Petron, Esquire
Sidley Austin LLP
1501 K. Street, N.W.
Washington, DC 20005
Email: mwarden@sidley.com
       dpetron@sidley.com

DATE: July 2, 2008

*Via Hand-Delivery & Electronic Mail*

John T. Dorsey, Esquire
Maribeth L. Minella, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Email: jdorsey@ycst.com
       mminella@ycst.com

_____
James S. Green, Jr. (No. 4406)
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*COUNSEL TO THE ASTROPOWER LIQUIDATING TRUST*

485.001-20991.DOC