UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTROPOWER LIQUIDATING TRUST, f/k/a ASTROPOWER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KPMG LLP, <br><br> Defendant. | Civil Action No. 06-469 (JJF) |

## NOTICE OF SERVICE REGARDING DEFENDANT KPMG LLP'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

PLEASE TAKE NOTICE that on the 1st day of July 2008, Defendant KPMG LLP ("KPMG") served the *Defendant KPMG LLP's First Set of Interrogatories to Plaintiff* on the parties listed below via electronic mail.

PLEASE TAKE FURTHER NOTICE that on the 2nd day of July 2008, Defendant KPMG LLP ("KPMG") served the *Defendant KPMG LLP's First Set of Interrogatories to Plaintiff* on the parties listed below, as indicated.

Phil C. Appenzeller, Jr., Esq.
Ross H. Parker, Esq.
David Mizgala, Esq.
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard, Suite 3800
Dallas, TX 75201
(Astropower Liquidating Trust)
*First Class Mail*

Daniel B. Rath, Esq
Kerri K. Mumford, Esq.
James S. Green, Jr., Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
(Atropower Liquidating Trust)
*Hand Delivery*

Dated: July 2, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John T. Dorsey (No. 2988)
Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

Joseph Warganz
Associate General Counsel
KPMG LLP
757 Third Avenue
New York, NY 10017

SIDLEY AUSTIN LLP
Michael D. Warden
David S. Petron
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

## CERTIFICATE OF SERVICE

      I, John T. Dorsey, Esquire, hereby certify that on this 2nd day of July, I caused a true and correct copy of the attached **Notice of Service Regarding Defendant KPMG LLP's First Set of Interrogatories to Plaintiff** to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Phil C. Appenzeller, Jr. | (pappenzeller@munsch.com) |
| John Thaddeus Dorsey | (jdorsey@ycst.com) |
| James S. Green, Jr. | (green@lrclaw.com, adams@lrclaw.com, rogers@lrclaw.com) |
| Maribeth Leslie Minella | (mminella@ycst.com) |
| David Mizgala | (dmizgala@munsch.com) |
| Kerri King Mumford | (mumford@lrclaw.com) |
| Ross H. Parker | (rparker@munsch.com) |
| David S. Petron | (dpetron@sidley.com) |
| Daniel Bartley Rath | (rath@lrclaw.com) |
| Michael A. Warden | (mwarden@sidley.com) |

      I further certify that I have served the parties listed on the service list below in the manner indicated.

                                                    /s/ John T. Dorsey
                                                    John T. Dorsey

| | |
|---|---|
| Phil C. Appenzeller, Jr. Esq. | Daniel B. Rath, Esq. |
| Ross H. Parker, Esq. | Kerri K. Mumford, Esq. |
| David Mizgala, Esq. | James S. Green, Jr., Esq. |
| Munsch Hardt Kopf & Harr, P.C. | Landis Rath & Cobb LLP |
| 500 N. Akard, Suite 3800 | 919 Market Street, Suite 600 |
| Dallas, TX 75201 | P.O. Box 2087 |
| (Astropower Liquidating Trust) | Wilmington, DE 19899 |
| ***First Class Mail*** | (Atropower Liquidating Trust) |
| | ***Hand Delivery*** |

Michael D. Warden, Esq
David S. Petron, Esq.
Sidley Austin LLP
1501 K. Street, N.W.
Washington, D.C. 20005
(KPMG, LLP)
***First Class Mail***